IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRMA TOVAR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 08-cv-4008 Judge Kendall Magistrate Judge Nolan |
| PLAZA BANK, | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Lance A. Raphael
       The Consumer Advocacy Center, P.C.
       180 W. Washington St., Suite 700
       Chicago, Illinois 60602

     PLEASE TAKE NOTICE that on Wednesday, August 20, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall or whomever may be designated to sit in his/her stead, in **Court Room 2319** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Defendant PLAZA BANK'S MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE AND RESPOND TO PLAINTIFF'S COMPLAINT, a copy of which is attached and served upon you.

                                                        Respectfully submitted,

                                                        /s/ Allen C. Wesolowski
                                                        One of its attorneys

Lance Johnson,   Atty #6289845
Allen C. Wesolowski, Atty #3124281
James A. Hasier,   Atty #618789
Martin & Karcazes, Ltd.
161 N. Clark St., Suite 550
Chicago, Illinois 60601
P: 312-332-4550
F: 312-332-4905

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on August 15, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Lance A. Raphael      lance@caclawyers.com


/s/ Allen C. Wesolowski
Allen C. Wesolowski