IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRMA TOVAR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 08-cv-4008 Judge Kendall |
| PLAZA BANK, | ) ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## NOTICE OF FILING

To: Lance A. Raphael
 The Consumer Advocacy Center, P.C.
 180 W. Washington St., Suite 700
 Chicago, Illinois 60602

    PLEASE TAKE NOTICE that on Thursday, August 21, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant PLAZA BANK'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT, a copy of which is attached and served upon you.

                                                                 Respectfully submitted,

                                                                 /s/ Lance Johnson
                                                                 One of its attorneys

Lance Johnson,     Atty #6289845
Allen C. Wesolowski, Atty #3124281
James A. Hasier,     Atty #618789
Martin & Karcazes, Ltd.
161 N. Clark St., Suite 550
Chicago, Illinois 60601
P: 312-332-4550
F: 312-332-4905

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on August 21, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

    Lance A. Raphael        lance@caclawyers.com

                                    /s/ Lance Johnson
                                    Lance Johnson