# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRMA TOVAR, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PLAZA BANK,<br><br>        Defendant. | No. 08 C 4008<br><br>Magistrate Judge Nolan<br>(consent filed) |

## CERTIFICATION AS TO WEBSITE PUBLICATION

Under penalties of perjury as provided by 28 U.S.C. § 1746, I, Deborah Mahler, hereby state as follows:

1. I am the owner of MICE Training and Technology™ and as such, was hired to perform maintenance and monitoring of the website www.caclawyers.com. One of my functions as website administrator was to make the Class Notice in *Tovar v. Plaza Bank*, Case No. 08 C 4008, available on www.caclawyers.com.

2. After the preliminary approval order was entered in this case, I posted the Class Notice on www.caclawyers.com, from March 16, 2009 to the present.

3. Claim forms and instructions for objecting and opting out were available by clicking on the designated website links. For the Court's reference, I have attached a printout of the webpage to this certification.

4. I am not aware of any problems with the website and have not been informed of any difficulties accessing the class notice information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2009.

_____
Deborah L. Mahler

**The Consumer Advocacy Center, P.C.**
Home | C.A.C. Info | Pending Class Actions | Scam Alert | Contact Us | Consumer Resources

## *Tovar v. Plaza Bank*
## CLASS ACTION SETTLEMENT INFORMATION

Welcome to the settlement information website for Tovar v. Plaza Bank. This website describes the case and the settlement between Plaintiff and Defendant.

We have tried to design this website to help you get information about the proposed settlement of this case. If necessary, however, you can also contact Class Counsel for further information:

Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602
(312) 782-5808

## DO NOT CONTACT THE COURT FOR INFORMATION.

This case is currently pending in the United States District Court for the Northern District of Illinois as Case No. 08 C 4008. The judge is Magistrate Judge Nan Nolan. To see a copy of the Complaint, click here.

Plaintiff alleges that Defendant did not post the required fee notice on the outside of one of its ATMs, thus violating the Electronic Funds Transfer Act, 15 U.S.C. §1693 et seq ("EFTA"). This lawsuit involves the following three Plaza Bank ATMs and the time period October 30, 2007 to March 31, 2008:

| Main Office | 7460 W. Irving Park Rd., Norridge, IL | Drive-up | IP3278 |
|---|---|---|---|
| Dunning Square | 6500 W. Irving Park Rd., Chicago, IL | Drive-up | IP3277 |
| Niles | 7201 N. Harlem Ave., Niles, IL | Drive-up | IP3280 |

To see a copy of the class action publication notice, click here.

Defendant denies Plaintiff's claims of wrongdoing but has agreed to settle all claims against it to avoid the expense of continued legal proceedings. To see a copy of the Settlement Agreement, click here.

The Court has certified a class and preliminarily approved a class action settlement of this case. To see a copy of the Preliminary Approval Order, click here.

The links below provide information about who is a Class Member, the terms of the Settlement Agreement and how Class Members can participate in, object to, or exclude themselves from, the class action settlement of this case.

**All Potential Class Members:**

To find out if you are a Class Member, click here.

If you want to receive money from the Settlement Fund, click here.

If you do not want to be a class member (or receive any money from the Settlement Fund), click here.

If you want to object to the settlement of this case as a class action or to the terms of the Settlement Agreement, click here.

Back

**Class Definition:**

*All persons who, from October 30, 2007 to March 31, 2008, were charged a transaction fee for the use of any of the following automated teller machines operated by Plaza Bank:*

| Branch | Address | Type | ATM No. |
|---|---|---|---|
| Main Office | 7460 W. Irving Park Rd., Norridge, IL | Drive-up | IP3278 |
| | 6500 W. Irving Park Rd., Chicago, | | |

| Dunning Square | IL | Drive-up | IP3277 |
| Niles | 7201 N. Harlem Ave., Niles, IL | Drive-up | IP3280 |

Back

## Opt-Out Instructions

*If you do **not** want to participate in the Settlement you must write a letter stating, **"EXCLUDE ME FROM THE TOVAR V. PLAZA BANK SETTLEMENT."** Include your name and address and mail the letter to Class Counsel at 180 West Washington, Suite 700, Chicago, IL 60602. Your letter must be postmarked by May 4, 2009 to be valid.*

Back

## Objection Instructions

*If you think the Settlement is unfair, you may object to it by writing a memo stating the specific reasons for your objection and filing it with the Court at 219 South Dearborn Street, Chicago, Illinois 60604 on or before May 4, 2009 and sending a copy to Class Counsel at 180 West Washington, Suite 700, Chicago, IL 60602 and to Allen Wesolowski, Martin & Karcazes, Ltd., 161 N. Clark St., Ste. 500, Chicago, IL 60601.*

Back

Use of this web site signifies your agreement to CAC's terms of use and privacy statement. © Copyright 1999- 2009 Consumer Advocacy Center, P.C.
Privacy Policy | Terms & Conditions