# **EXHIBIT B**

## NOTIFICACIÓN DE DEMANDA COLECTIVA
*Tovar v. Plaza Bank, N.A. Caso No. 08 C 4008*

SI USTED HA USADO UNA ATM DE PLAZA BANK ENTRE EL 30 DE OCTUBRE DEL 2007 Y EL 31 DE MARZO DEL 2008, ("PERÍODO DE LA DEMANDA"), Y LE COBRARON UN CARGO POR EL USO DE LA ATM, USTED PODRÍA SER UNO DE LOS DEMANDANTES. ESTE ACUERDO PUEDE AFECTAR SUS DERECHOS.

Plaza Bank tiene ATMs en el área de Chicago. Esta nota se relaciona con ciertas ATMs del Plaza Bank en Norridge, Chicago y Niles, IL, y tiene que ver con una demanda sobre los cargos cobrados por estas ATMs. La Sra. Tovar demandó al Plaza Bank bajo una ley llamada Acto de Transferencia de Fondos Electrónicos, sobre la base de que las ATMs no mostraban la información sobre los cargos que cobraban. Plaza Bank niega los reclamos de la Sra. Tovar, pero ha accedido a un acuerdo.

El acuerdo incluye a todo al que se le cobró un cargo por usar las ATMs entre el 30 de octubre del 2007 y el 31 de marzo del 2008. A estas personas se les denomina "Miembros de la Demanda" y el período que cubre es llamado "Período de la Demanda". Bajo la ley, el máximo que un grupo de personas puede recuperar en una demanda como esta, es menor del 1% del valor neto del Plaza Bank, o $500,000.00, más daños reales que los miembros de la demanda sufrieran. Plaza Bank ha declarado que durante el Período de la Demanda, hubo aproximadamente 3,500 transacciones de ATMs con cargos. Consecuentemente, Plaza Bank ha accedido a establecer un Fondo de Pago de $81,500.00. Se deducirán después de los costos de la nota, los cargos de abogado que no excedan los $35,000.00 y el pago representativo de $1,500.00. Los Miembros de la Demanda que usaron las ATMs durante el Período de la Demanda y les cobraron, pueden reclamar su parte en el Fondo de Pago para recibir una cantidad proporcionalmente compartida hasta de un máximo de $1,000.00. La cantidad máxima individual permitida por esta demanda es $1,000.00 más cualquier daño real sufrido, y además, el abogado cree que es posible poner una demanda justa y razonable para que usted reclame hasta $1,000.00.

El 20 de mayo del 2009 a las 10:00 a.m., el Magistrado Nolan celebrará una audiencia para decidir si finalmente aprobará este acuerdo. USTED NO TIENE QUE ASISTIR. Si el acuerdo es aprobado, todos los Miembros de la Demanda serán vinculados por el resultado y las órdenes de la corte, y los miembros elegibles podrán reclamar los beneficios bajo el acuerdo.

Usted tiene tres opciones:

1) Si desea recibir su parte proporcionalmente compartida *(pro rata)* del Fondo de la Demanda, hasta un máximo de $1,000.00, usted deberá someter una Solicitud de Reclamo (Claim Form), cuyo cuño de correo tenga como fecha hasta el 4 de mayo, y deberá dirigirla a: 180 West Washington, Suite 700, Chicago IL 60602. El fallo de someter esta Solicitud de Reclamo significará que usted no recibirá dinero, sino que está gobernado por una Liberación de sus derechos para demandar al Acusado por las reclamaciones de la notificación de cargos en la ATM, en esta Demanda. Baje del internet la Solicitud (Form Claim) en www.caclawyers.com o llama al Class Counsel al (312)782-5808 para pedir una Solicitud.

2) Si usted no desea participar en este Acuerdo, debe escribir una carta planteando que *"ME EXCLUYAN DEL ACUERDO TOVAR V. PLAZA BANK"*. Incluya su nombre y dirección, y envíela a Class Counsel al 180 West Washington, Suite 700, Chicago IL 60602. El cuño de correo de su carta debe tener como fecha hasta el 4 de mayo del 2009 para ser válida.

3) Si cree que el Acuerdo es injusto, puede objetarlo escribiendo un memo en el cual explique las razones específicas de su objeción, para que lo archiven en la Corte en el 219 South Dearborn Street, Chicago, Illinois 60604 en o antes del 4 de mayo del 2009, y enviando una copia al Class Counsel en el 180 West Washington, Suite 700, Chicago IL 60602, y a Allen Wesolowski, Martin & Kareuzes, Ltd. 161 N. Clark St., Ste. 500, Chicago, IL 60601.

Para más información visite www.caclawyers.com o contacte con Class Counsel Lance Raphael del The Consumer Advocacy Center, P.C., 180 W. Wasghington St., Ste. 700, Chicago, IL 60602; teléfono: (312)782-5808.

**NO CONTACTE CON LA CORTE PARA INFORMACIÓN,
PUESTO QUE NO PODRÁN ASISTIRLO**

---

### VENEZUELA

# Chávez, ante el reto de asumir aún más poder



Seguidores del presidente Hugo Chávez en un acto en Caracas.

**Reforzado luego del referendo, el mandatario pretende dar un paso hacia adelante en su revolución bolivariana**

**Beatriz Lecumberri**
Caracas

Más control de los medios de producción, una progresiva recentralización del poder y un discurso político más radical: el presidente venezolano Hugo Chávez ha dado un paso adelante en su revolución, confortado por una popularidad de más del 50 por ciento demostrada en el referendo de febrero.

"Quieren que la revolución se rinda, que yo frene (...) La revolución tiene que ir a la carga, aquí no hay pacto con la oligarquía (...) Me voy a encargar de pisar el acelerador", garantizó el mandatario en estos días.

Desde su triunfo en el referéndum del 15 de febrero que aprobó la reelección presidencial sin límite de mandatos, Chávez "está fortalecido", "envalentonado" y aparece "como un líder que no es fácilmente derrotable", según el director de la encuestadora Datanálisis, Luis Vicente León.

Para Luis Fuenmayor, ex rector de la Universidad Central de Venezuela (UCV), Chávez "sabe que podrá volver a ser elegi-

cómo mantener sus programas sociales con muchos menos recursos".

"Su vista ya está puesta en las presidenciales de 2012", explicó a la AFP este experto, para quien los planes de Chávez de profundizar su programa socialista "ya existían" pero se aceleraron tras el referéndum y debido a la crisis mundial.

"Su reto es aprovechar este momento para vender su proyecto ideológico, para convertirlo en un plan agradable para las masas", corroboró León.

Desde hace un mes, Chávez ordenó la intervención y expropiación de fábricas privadas indutrializadoras de arroz, confiscó tierras y ordenó a sus ministros que vigilen a los productores de aquellos alimentos que se venden a precios fijados por el gobierno. Todo ello en un momento en que el barril de petróleo venezolano vale 40 dólares, el riesgo de desabastecimiento sigue bien presente y las protestas sociales son frecuentes.

"En vez de estimular la propiedad privada como hacen la mayoría de países de América Latina, Chávez ha pisado el acelerador del socialismo del siglo XXI", explicó el analista político Carlos Romero.

El mandatario, que decretó la nacionalización de sectores estratégicos de la economía desde 2007, es "consciente de que no puede sustituir" la producción de alimentos del sector privado pero lo amenaza y "atemoriza" para obligarlo a plegarse a sus criterios de producción socialista, según León.

Además de avanzar hacia un modelo productivo colectivo, el gobierno venezolano toma medidas para anular políticamente a los opositores, que cada vez

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | AD SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 03/20/09 | WO#: 315388601<br>INV#: 724922001 | AD ID: CAC LAWYERS | 1 X W2V<br>32.50 | .00 | 613.00 | 613.00 |
| | DISPLAY SUBTOTALS | INSERTIONS: 1  SPACE: | 32.50 " | | | 613.00 |
| | | PAID APRIL 13, 2009 BY CHECK NUMBER 15656 | | | | |

## STATEMENT OF ACCOUNT  AGING OF PAST DUE AMOUNTS

sai™

| CURRENT NET AMOUNT | 30 DAYS | 60 DAYS | OVER 90 DAYS | *UNAPPLIED AMOUNT | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 613.00 | 0.00 | 0.00 | 0.00 | 0.00 | 613.00 |

**Hey CHICAGO**
14848 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
FED. ID#: 35-2212352

*UNAPPLIED AMOUNTS ARE INCLUDED IN TOTAL AMOUNT DUE

| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| 306 | 03/01/09 - 03/31/09 | 066294001 | | |

814-45 (11/07) 1445