# **EXHIBIT C**



Chicago Reader
11 East Illinois Street,
Chicago, IL 60611
312-828-0350 [voice]

Sent via e-mail from
Chicago Reader
Classifieds Department
312-828-0682 [fax]
This is page 1 of 1

**TO: Martin & Karcazes, Ltd.**
**ATTN: Lance Johnson**
**RE: Legal Notices ad, one week run**

**FROM: Danette Chavez, Classifieds Advertising**
**DATE: 03/13/09**
<u>**MEMO BILL**</u>
For a Legal Notices ad to run in the Chicago Reader on March 19, 2009:

Charge per week..................................................................$202.80
Number of weeks.........................................................................1

**TOTAL amount for all ads...................................................$202.80**

<u>Payment is due by Monday before 5pm.</u> If paying by check, please make check payable to Chicago Reader (you can fax it to 312-828-0682). If you have any questions please give me a call at the number below. Thanks!

Sincerely,
Danette Chavez
(312) 828-0350, ext. 439